**UNSEALED PER ORDER OF COURT**

SEALED

FILED
JAN 0 4 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JAMES STRACUZZI,<br>Defendant. | Case No. **19MJ0049**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) – Distribution of Fentanyl Resulting in Death; Title 18, United States Code, Section 2 (Aiding and Abetting) |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about July 18, 2018, within the Southern District of California, defendant CHRISTOPHER JAMES STRACUZZI did knowingly and intentionally aid and abet the distribution of a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, which resulted in the death of another person, to wit: E.P., in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Lisa Amman
Task Force Officer, DEA

Sworn to before me and subscribed in my presence, this 4th day of January 2019.

_____
HONORABLE MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

United States of America

vs.

CHRISTOPHER JAMES STRACUZZI

**PROBABLE CAUSE STATEMENT**

I, Task Force Officer Lisa Amman, declare under penalty of perjury that the following is true and correct:

On July 18, 2018, at approximately 8:43 p.m., San Diego Police Department ("SDPD") received a 911 call in reference to an unconscious male (identified now as E.P.) at XX16 Riviera Drive, Apartment 605, San Diego, California (hereinafter "Apartment"). SDPD officers found E.P. as unresponsive and lying on the living room floor of the Apartment. Paramedics arrived on scene and unsuccessfully attempted to resuscitate E.P. E.P. was pronounced deceased at 9:12 p.m.

The 911 caller was Julia P. who was E.P.'s girlfriend and cohabitant at the Apartment. Julia P. told SDPD officers that E.P. had smoked some marijuana and taken a "Percocet" earlier that evening. Julia P. claimed that E.P. obtained the Percocet from a friend. She fell asleep on the couch at 7:00 p.m. and woke up at 8:40 p.m. to find E.P. unresponsive. She then made the 911 call.

Based on the above facts, the San Diego County Medical Examiner's Office (MEO) was contacted and E.P.'s body was removed from the scene by the MEO. An autopsy was performed by the MEO and the cause of death was determined to be acute fentanyl and acetyl fentanyl intoxication.

On August 27, 2018, Drug Enforcement Administration ("DEA") San Diego County Integrated Narcotics Task Force ("NTF") Team 10 agents met with Julia P. at the Apartment. She gave the agents a small plastic container with ten aqua-blue colored round tablets imprinted with a boxed "M" on one side and a "30" on the other side. [These are trademark imprints for oxycodone 30 milligram tablets]. Julia P. told

the agents that on July 18, 2018, E.P. obtained these 12 tablets, which she believed was oxycodone tablets, and E.P. and Julia P. each took one.

Julia P. told agents that E.P. obtained these tablets from his friend, Christopher James STRACUZZI (hereinafter referred to as STRACUZZI). Julia P. said STRACUZZI was out of town the night that E.P. obtained the tablets and overdosed. Julia P. explained that STRACUZZI arranged for someone to place these tablets in the electric box outside of STRACUZZI's residence, at 1925 Felspar Street, San Diego, California, and that E.P. picked up the tablets from the electric box on July 18, 2018 (this trip from E.P.'s place of employment to STRACUZZI's residence was confirmed by UBER receipt on July 18, 2018).

Julia P. said that she and E.P. each consumed one of the twelve tablets on the evening of July 18, 2018. PENN relayed that they both fell asleep, and that when she woke up, she was still in a very groggy state and continued to doze off, even as she was trying to administer cardiopulmonary resuscitation ("CPR") to E.P., per instructions from the 911 operator. Julia P. said that she later found out from the Medical Examiner's Office that E.P. died of a fentanyl overdose. After learning this information, she now suspected that these supposed oxycodone (Percocet) tablets were counterfeit pills that contained fentanyl. She gave the agents the remaining 10 tablets. The agents impounded these tablets and submitted them for analysis to the DEA Southwest Regional Laboratory. Laboratory results showed these tablets contained fentanyl.

Julia P. told agents that E.P. and STRACUZZI used cellular telephones to communicate with each other and coordinate the distribution of the fentanyl tablets. Julia P. provided agents with photographs of text messages between E.P. and STRACUZZI discussing the purchase of pills on July 17, 2018, and STRACUZZI's instructions to E.P. to pick the tablets up from the electric box on July 18, 2018. These communications show the following text messages between E.P. and STRACUZZI:

E.P. to STRACUZZI (July 17, 2018, at approximately 5:50 p.m.): "So don't' laugh but we may need to get more, LOL. We still have 20 but we did the math and we think we may need a couple more, ha ha"

STRACUZZI to E.P.: "Arthur asked me today"; "he's all out"

STRACUZZI to EP (July 17, 2018, at approximately 7:52 p.m.): "Yooo"; "Cal me"

E.P. to STRACUZZI: "Yo"

STRACUZZI to E.P.: "How many you want"; "Ok I'll come out"

E.P. to STRACUZZI: "Almost there"; "In back"

STRACUZZI to E.P. (July 18, 2018, at approximately 1:17 a.m.): "In electric box outside my door"

E.P. to STRACUZZI: "OK, I'm gonna go by in the morning"; "Thanks bud good night"

On October 3, 2018, Julia P. spoke to STRACUZZI about E.P.'s death on a recorded telephone call which was monitored by agents. During the recorded telephone call, STRACUZZI stated that he [STRACUZZI] coordinated with his source of supply ("SOS") to drop off the fentanyl tablets outside of STRACUZZI's residence so E.P. could pick them up on July 18, 2018. STRACUZZI said that he purposefully prevented E.P. from meeting STRACUZZI's supplier so E.P. could not pick up pills without STRACUZZI knowing. STRACUZZI also admitted to knowing that some of the pills distributed in the past were counterfeit and that both STRACUZZI and E.P. wanted to keep this information hidden from Julia P. STRACUZZI stated both he and E.P. knew that they had previously acquired counterfeit tablets containing fentanyl instead of legitimate oxycodone tablets and that this was "unavoidable."

During this conversation, Julia P. asked STRACUZZI if STRACUZZI's source for the fentanyl tablets told him anything about these tablets being "different" or "stronger." STRACUZZI answered, "No, I mean, as far as I knew, they were the same

thing that we always have, you know, gotten. But the thing is, the truth is, a hundred percent truth, you have taken ones that were fake before, and you didn't know…"

Also during the above described conversation, Julia P. asked STRACUZZI if E.P. picked up the fentanyl tablets from STRACUZZI's house. STRACUZZI replied, "Yeah, but that's only because I was trying to avoid him [E.P.] from meeting the person he [E.P.] was getting them from, so he [E.P.] couldn't get them without me knowing." Julia P. asked, "So someone else got them and put them in your house?" STRACUZZI replied, "They put 'em outside the house. The house was locked. They put them outside the house."

On December 27, 2018, at approximately 12:48 p.m., STRACUZZI's vehicle was stopped and agents subsequently arrested STRACUZZI. At approximately 3:25 p.m., DEA Task Force Officer Oscar Amado admonished STRACUZZI of his Miranda Rights in the English language as per the SDPD PD-145 form. STRACUZZI agreed to waive his rights per Miranda and speak to the officers. During the post-Miranda interview of STRACUZZI, STRACUZZI admitted that he facilitated the drug transaction for E.P., which resulted in E.P.'s death on July 18, 2018. STRACUZZI further admitted that he conspired with others to purchase the fentanyl tablets and place them in the electric box outside of STRACUZZI's residence for E.P to acquire.

Based on the foregoing probable cause statement of facts, I believe there is sufficient probable cause Stracuzzi aided and abetted the distribution of a controlled substance, to wit fentanyl laced pills, that resulted in the death of E.P.